**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lawrence Richardson                                CHAPTER 13
             Debtor(s)

BKY. NO. 23-10382MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Towd Point HE Trust 2021-HE1, U.S. Bank National Association as Indenture Trustee and index same on the master mailing list.

                                                                  Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
21 Feb 2023, 09:56:01, EST

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322