## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Lawrence Richardson | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Bankruptcy No. 23-10382 |

### Notice For Debtor's Motion to Determine Value

Debtor, Michael Grobes, has filed a Motion To Determine Value with this Court. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you want the Court to consider your views on the Motion, then on or before December 21, 2023, you or your attorney must file with the court a written response at:**

**U.S. Bankruptcy Court
900 Market Street
Philadelphia, PA 19107
Attn: Bankruptcy Clerk**

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

**You must mail a copy to:**

**Michelle Lee, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102**

You or your attorney must attend the hearing scheduled to be held on **January 2, 2024 at 10:30 AM via TELEPHONIC CONFERENCE.** If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  12/7/2023                                                                             Respectfully Submitted,

                                                                                                         /s/ Michelle Lee
                                                                                                         Michelle Lee, Esquire
                                                                                                         Dilworth Paxson LLP
                                                                                                         1500 Market Street, Suite 3500E
                                                                                                         Philadelphia, PA 19102
                                                                                                         mlee@dilworthlaw.com