**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Lawrence Richardson | : | CHAPTER 13 |
| | : | |
| DEBTOR(S), | : | CASE NO. 23-10382 |

**PRAECIPE TO WITHDRAW**

To the Clerk,

    Kindly withdraw Debtor's Motion to Avoid Lien, docket number 49 and 50 filed on March 20, 2024.

Dated: April 24, 2024                        Respectfully Submitted,

                                            /s/ Michelle Lee

                                            Michelle Lee, Esquire
                                            Dilworth Paxson LLP
                                            1500 Market Street, Suite 3500E
                                            Philadelphia, PA 19102