United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10382-pmm |
| Lawrence Richardson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 23, 2024 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lawrence Richardson, 6315 N. Park Avenue, Philadelphia, PA 19141-3331 |
| 14755698 | | City of Philadelphia, c/o law department - Melanie Levin Esqui, 1515 st, 14th floor, Philadelphia, PA 19107 |
| 14755699 | + | Drew Salaman Esquire, Salaman Law, 2126 Land Title Building, 100 South Broad Street, Philadelphia, PA 19110-1023 |
| 14760554 | + | Towd Point HE Trust 2021-HE1,, US Bank Natl Assoc as Indenture Trustee, c/o MICHAEL FARRINGTON, ESQ., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14756963 | + | Towd Point Mortgage Trust 2018-3, Stern & Eisenberg, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington PA 18976-3403 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 24 2024 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2024 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| NONE | Email/Text: megan.harper@phila.gov | May 24 2024 00:03:00 | City of Philadelphia, Law Department - Tax & Revenue Unit, 1401 JFK Blvd., 5th Fl, Philadelphia, pa 19102 |
| cr | ^ MEBN | May 23 2024 23:54:42 | Towd Point HE Trust 2021-HE1, U.S. Bank National A, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr | ^ MEBN | May 23 2024 23:54:56 | Towd Point Mortgage Trust 2018-3, U.S. Bank Nation, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14755694 | + Email/Text: BarclaysBankDelaware@tsico.com | May 24 2024 00:02:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14790860 | Email/Text: megan.harper@phila.gov | May 24 2024 00:03:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14755697 | Email/Text: megan.harper@phila.gov | May 24 2024 00:03:00 | city of philadelphia, department of revenue, po box 1630, Philadelphia, PA 19105 |
| 14755696 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 00:11:28 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14771306 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 00:12:04 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14755695 | Email/PDF: ais.chase.ebn@aisinfo.com | May 24 2024 00:12:04 | Chase Card Services, Attn: Bankruptcy, P.O. |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 15298, Wilmington, DE 19850 |
| 14762481 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 24 2024 00:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14755701 | + | Email/PDF: cbp@omf.com | May 24 2024 00:39:35 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14760933 | ^ | MEBN | May 23 2024 23:54:50 | Philadelphia Gas Works, 800 W Montgomery Ave 3f, Philadelphia PA 19122-2898 |
| 14755702 | + | Email/Text: bankruptcy1@pffcu.org | May 24 2024 00:02:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14762617 | + | Email/Text: bankruptcy1@pffcu.org | May 24 2024 00:02:00 | Police & Fire Federal Credit Union, 1 Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14755703 | + | Email/Text: bankruptcy1@pffcu.org | May 24 2024 00:02:00 | Police &fire, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 14755704 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 24 2024 00:03:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14774989 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 24 2024 00:03:00 | Towd Point HE Trust 2021-HE1, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14775180 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 24 2024 00:03:00 | Towd Point Mortgage Trust 2018-3, et al, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14755700 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 24 2024 00:02:00 | irs, po box 7346, Philadelphia, PA 19101-7346 |
| 14755705 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 24 2024 00:03:00 | us attorneys office, 615 chestnut street, 12th floor, Philadelphia, PA 19106-4490 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 23, 2024 | Form ID: pdf900 | Total Noticed: 27 |

MEGAN N. HARPER
    on behalf of City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Towd Point HE Trust 2021-HE1 U.S. Bank National Association as Indenture Trustee mfarrington@kmllawgroup.com

MICHELLE LEE
    on behalf of Debtor Lawrence Richardson bky@dilworthlaw.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Towd Point Mortgage Trust 2018-3 U.S. Bank National Association, as Indenture Trustee mimcgowan@raslg.com

STEVEN K. EISENBERG
    on behalf of Creditor Towd Point Mortgage Trust 2018-3 U.S. Bank National Association, as Indenture Trustee seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Lawrence Richardson | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 23-10382 |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: May 23, 2024

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**