### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Lawrence Richardson | : | CHAPTER 13 |
| | : | |
| **DEBTOR(S),** | : | **CASE NO.: 23-10382** |

### PRAECIPE TO WITHDRAW MOTION

To the Clerk,

    Kindly withdraw Debtor's Application for Compensation filed on June 5, 2024, docket numbers 68 and 69.

Dated:  July 31, 2024                          Respectfully Submitted,

                                                        /s/ Michelle Lee

                                                        Michelle Lee, Esquire
                                                        Dilworth Paxson LLP
                                                        1500 Market Street, Suite 3500E
                                                        Philadelphia, PA 19102

{00362533;v1}