UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Chapter 13
                                                    :
                                                    : Bky. No.:
                                                    : Judge:
                                                    :
                                                    :
    Debtor(s).                                      :
_____                 :

## NOTICE OF SUBSTITUTION OF ATTORNEY

The undersigned notifies the Court that Mitchell Lee Chambers will be substituted as attorney of record for Warren D. Levy, in the attached list of cases.

Dated: November 21, 2025

_____
Signature of Former Attorney

Dated: November 21, 2025

_____
Signature of Substituted Attorney

-1-